**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01579-CV

**DAVID BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID S. BAGWELL TRUST, ET AL, Appellants**

**V.**

**BBVA COMPASS AND SAM MEADE, Appellees**

**On Appeal from the**
**Culberson County, Texas**
**Trial Court Cause No. DC-14-00991**

## ORDER

We **GRANT** the May 18, 2015 agreed motion for additional extension of time to file appellees' brief and **ORDER** the brief be filed no later than July 3, 2015. No further extensions will be granted absent exigent circumstances.

/s/      CRAIG STODDART
            JUSTICE